IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR238 |
| v. | ) | |
| | ) | ORDER |
| DONALD A. HEIDEN, | ) | |
| Defendant. | ) | |

Before the court is defendant's Unopposed Motion to Continue Sentencing. After considering the motion, the court will grant a continuance.

IT IS ORDERED that sentencing of the defendant, Donald A. Heiden, is continued before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to **January 6, 2006, at 11:30 a.m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge