PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JAN 31 PM 4:02

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.

Docket # 8:02CR00238-004

**Donald A. Heiden**

---

On January 6, 2006, Donald A. Heiden was sentenced to three years probation. Mr. Heiden has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Donald A. Heiden be discharged from supervision.

Respectfully submitted,

*[signature: Mary DeLanheim for]*
John A. Hill, Supervising
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __31__ day of __JAN__, 2008.

*[signature]*
The Honorable Joseph F. Bataillon
Chief United States District Judge